ORIGINAL

FILED
JAN 16 2015
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JEFFREY NATHAN SCHIRRIPA,        )
                                 )
            Plaintiff,           )
                                 )
     v.                          )    No. 14-1031C
                                 )    (Judge Braden)
UNITED STATES,                   )
                                 )
            Defendant.           )

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On January 7, 2015, Plaintiff, Jeffrey Nathan Schirripa, filed a Motion for Default Judgment (Motion for Default). Dkt. No. 13. Mr. Schirripa alleges that the United States "failed to respond to the Supplemental Pleading (Docket No. 10)" and requests default judgment under Rules of the United States Court of Federal Claims (RCFC) 55(b)(2). *Id.* We respectfully request that this Court deny Mr. Schirripa's Motion for Default for the three reasons listed below.

First, the United States filed a Motion to Dismiss on December 31, 2014, which addressed the supplemental pleading. Dkt. No. 12. Page one, footnote one of this motion to dismiss stated:

> The United States files this motion in lieu of answering Mr. Schirripa's amended complaint, or responding to any of his other pleadings and motions. See Dkt. Nos. 4, 6, 9, 11. In the event the Court denies this motion, we request that the Court permit us 45 days to file an answer to Mr. Schirripa's amended complaint, and to respond to his other motions as necessary, after such a denial.

Dkt. No. 12 at 1, n.1. The United States thus addressed Mr. Schirripa's supplemental pleading sufficient to "plead or otherwise defend" against this Motion for Default.[1] RCFC 55(a).

---

[1] Moreover, the Court did not grant Mr. Schirripa's "Motion for Supplemental Pleading," and thus the time in which the United States has to respond to the supplemental pleading has not yet begun. *See* RCFC 15(d).

Second, Mr. Schirripa effectively mooted his supplemental pleading when, five days after filing the supplemental pleading, he submitted his amended complaint. *See* Dkt. No. 10 (filed December 13, 2014) and Dkt. No. 11 (filed December 18, 2014); *see e.g. Gen. Mills, Inc. v. Kraft Foods Global, Inc.*, 487 F.3d 1368, 1376 (Fed. Cir. 2007) (noting that an original complaint is superseded by an amended complaint). In addition, all items referenced in the supplemental pleading were filed prior to the amended complaint, and prior to the United States' December 31, 2014 motion to dismiss the amended complaint. *See e.g.* Dkt. Nos. 4, 6, 9, 10. As Mr. Schirripa's supplemental pleading addresses the United States' now-moot motion to dismiss, the supplemental pleading is also effectively moot.

Third, Mr. Schirripa has not satisfied the requirements of RCFC 55 sufficient for this Court to enter a default judgment. "Like its federal rules counterpart, RCFC 55(a) mandates that the court follow a two-step process in deciding whether to enter a default judgment. That rule provides, first, that '[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.'" *Alli v. United States*, 93 Fed. Cl. 172 (2010) (*quoting* RCFC 55(a)). Here, Mr. Schirripa has not demonstrated "by affidavit or otherwise" that the United States "has failed to plead or otherwise defend" against his supplemental pleading. Nor has the clerk entered any such default against the United States. Finally, Mr. Schirripa has not "establishe[d] a claim or right to relief by evidence" as required by RCFC 55(b)(2) sufficient for this Court to enter a default judgment.

## CONCLUSION

For the reasons stated above, we respectfully request the Court deny Mr. Schirripa's Motion for Default.

2

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

_Deborah A Bynum by_ _/s/_
_____
DEBORAH A. BYNUM
Assistant Director

_____
ERIN K. MURDOCK-PARK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C., 20044
Tel: (202) 616-3753
Fax: (202) 514-8624

January 15, 2015                    ATTORNEYS FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of January, 2015, I caused to be placed in the United States mail (first-class, postage prepaid), copies of "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT" addressed as follows:

> JEFFREY NATHAN SCHIRRIPA
> 62 Fayson Lakes Road
> Kinnelon, NJ 07405-3124

*(signature)*

ERIN K. MURDOCK-PARK